PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Schirmer Monestime

Cr.: 14-00618-001
PACTS #: 66573

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/26/2016

Original Offense:    Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846

Original Sentence: 63 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing, Alcohol Treatment, Drug Treatment, No New Debt/Credit

Type of Supervision: Supervised Release          Date Supervision Commenced: August 19, 2020

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                 The person under supervision has violated the special supervision condition
which states **'You must refrain from the illegal possession and use of drugs,
including prescription medication not prescribed in your name, and/or the
use of alcohol, and must submit to urinalysis or other forms of testing to
ensure compliance. It is further ordered that you must submit to evaluation
and treatment, on an outpatient or inpatient basis, as approved by the U.S.
Probation Office. You must abide by the rules of any program and must
remain in treatment until satisfactorily discharged by the Court. You must
alert all medical professionals of any prior substance abuse history,
including any prior history of prescription drug abuse. The U.S. Probation
Office will supervise your compliance with this condition.'**

On August 25, 2020, Monestime submitted a drug test that yielded a positive
result for marijuana (THC). On September 1, 2020, confirmation testing was
requested and remains pending.

U.S. Probation Officer Action:

Monestime received a verbal reprimand from the probation officer and is being referred for substance abuse
treatment. We recommend presentation of the attached Probation Form 12A to Monestime as a written
reprimand issued under the authority of the Court. If his non-compliance continues, the Court will be
notified immediately.

Prob 12A – page 2
Schirmer Monestime

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kelly A. Maciel*

By:   KELLY A. MACIEL
        U.S. Probation Technician

/ kam

APPROVED:

*Elisa Martinez*                    *09/11/2020*
ELISA MARTINEZ                Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

*s/Susan D. Wigenton*
Signature of Judicial Officer

September 14, 2020
Date